

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 220920 | 5/16/2011 | 78089 |
| **Job Date** | **Case No.** | |
| 5/5/2011 | 09 C 3286 | |
| **Case Name** | | |
| Sroga vs. City of Chicago | | |
| **Payment Terms** | | |
| Net 30 | | |

Shneur Nathan
Andrew M. Hale & Associates
53 West Jackson Boulevard
Suite 1800
Chicago, IL  60604

| | | | |
|---|---|---|---|
| CERTIFIED ORIGINAL TRANSCRIPT | | | |
|     Kevin Sroga (0riginal) | | | 1,066.90 |
|         Attendance | 6.00 | Hours | 330.00 |
|         Attendance Fee - Before/After Hours | 0.50 | Hours | 41.25 |
|         Electronic PDF File as Transcript | 0.00 | | 0.00 |
| | | **TOTAL DUE  >>>** | **$1,438.15** |

Pages:  235

** 7-Day Delivery **

Sent via E-Mail on 5/16/11

Did you know Jensen Reporting has a complimentary on-line repository whereby you can view/print your transcripts and hyperlinked exhibits?  In addition, you can also schedule your reporters and services on-line and manage your account.   Call our office at 312-236-6936 or email us at info@jensenreporting.com and we will set you up with your secured user name and password.

**Tax ID:** 36-3811129                                                                                                   Phone: 312-341-9646    Fax:312-341-9656

*Please detach bottom portion and return with payment.*

Shneur Nathan
Andrew M. Hale & Associates
53 West Jackson Boulevard
Suite 1800
Chicago, IL  60604

| | | | | |
|---|---|---|---|---|
| Job No. | : 78089 | | BU ID | : 1-MAIN |
| Case No. | : 09 C 3286 | | | |
| Case Name | : Sroga vs. City of Chicago | | | |
| Invoice No. | : 220920 | | Invoice Date | : 5/16/2011 |
| **Total Due** | **: $1,438.15** | | | |

Remit To:   **Jensen Reporting**
               **205 West Randolph Street, 5th Floor**
             **Chicago, IL  60606**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____     Phone#: _____
Billing Address: _____
Zip: _____     Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____